**Order entered May 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00978-CR

### SANDRA KAY NORTHCUTT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80789-2019**

## ORDER

Before the Court is appellant's May 3, 2021 second motion for an extension of time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due on June 2, 2021.

/s/    DENNISE GARCIA
         JUSTICE